UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. |
| | ) | |
| STACEY A. SPALDING, | ) | |
| | ) | **8:10-cr- 08 RLY -WGH** |
| Defendant. | ) | |

## INFORMATION

[29 U.S.C. § 501(c)- Embezzlement by a Labor Organization Employee]

The United States Attorney charges that:

Between September 12, 2005, and September 17, 2007, in the Southern District of Indiana, Evansville Division,

### STACEY A. SPALDING,

the defendant herein, when she was an employee of the Teamsters, Local Union Number 215, a labor organization, did embezzle, steal, and unlawfully and willfully convert to her own use the monies, funds, property and other assets of the Teamsters, Local 215, labor organization in the approximate sum of $29,516, by depositing Teamsters, Local 215, checks into her personal bank accounts without authorization and by the theft of cash receipts paid to Teamsters, Local 215, including member's union dues.

All of which is in violation of Title 29, United States Code, Section 501(c).

TIMOTHY M. MORRISON
United States Attorney

STATE OF INDIANA          )
                          )     SS:
COUNTY OF VANDERBURGH     )


Todd S. Shellenbarger, being first duly sworn, upon his oath deposes and says that he is

an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this

affidavit for and on behalf of the United States of America and that the allegations in the

foregoing Information are true as he is informed and verily believes.


_____
Todd S. Shellenbarger
Assistant United States Attorney


Subscribed and sworn to before me, a notary public, on this 25th day of

_____ , 2010.


_____
Linda L. Morris
Notary Public


My Commission Expires:

January 7, 2017

My County of Residence:

Warrick